UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| PAULETTE FARMER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 6: 18-013-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| AETNA LIFE INSURANCE COMPANY, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is pending for consideration of the parties' Stipulation of Dismissal. [Record No. 22]  Having considered the matter and being sufficiently advised, it is hereby

**ORDERED** as follows:

1. The parties' Stipulation of Dismissal, which has been docketed as a motion, [Record No. 22] is **GRANTED**.

2. All claims asserted in this action are **DISMISSED**, with prejudice.

3. The parties shall bear their respective costs, fees, and expenses.

4. This matter is **DISMISSED** and **STRICKEN** from the Court's docket.

Dated: August 6, 2018.

Signed By:
*Danny C. Reeves*
United States District Judge